MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-7000
 Fax:             (415) 436-7009
E-Mail:  cynthia.stier@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JURATE ANTIOCO,** )<br>                        )<br>           **Plaintiff,** )<br>                        )<br>           v.         )<br>                        )<br>**UNITED STATES,** )<br>                        )<br>           **Defendant.** )<br>_____) | Case No.  C-13-0924-SI<br><br>STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the Plaintiff, Jurate Antioco, and Defendant, United States of America, as reflected by the signatures of their respective counsel as set forth below:

The parties have been negotiating a possible resolution of the entire case and need additional time to work out some additional details.  Accordingly, the parties request that the Court continue the case management conference to August 30, 2013.

IT IS SO STIPULATED:

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division


/s/
STEPHEN WALKER
Counsel for Jurate Antioco

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

IT IS ORDERED that the case management conference scheduled for June 28, 2013 at 2:30 p.m. is continued to August 30, 2013 at 2:30 p.m. The parties are directed to file a case management statement on August 23, 2013.

6/21/13

_____
SUSAN ILLSTON
United States District Judge

Antioco v. US, Case No. C-13-0924-SI
Stip. to Continue Case Mgmt Conf.
and [Proposed] Order

2