1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA L. STIER (DCBN 423256)
4  Assistant United States Attorney
   11th Floor Federal Building
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone:  (415) 436-7000
   Fax:        (415) 436-7009
7  E-Mail: cynthia.stier@usdoj.gov

8  Attorneys for the Defendants

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12

**JURATE ANTIOCO,**                )
13                                  )    Case No. C-13-0924-SI
            **Plaintiff,**          )
14                                  )    **STIPULATED REQUEST TO**
            v.                      )    **CONTINUE CASE MANAGEMENT**
15                                  )    **CONFERENCE AND [PROPSED]**
   **UNITED STATES,**               )    **ORDER**
16                                  )
            **Defendant.**          )
17  _____ )

18         IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED

19  by and between the Plaintiff, Jurate Antioco, and Defendant, United States of America, as

20  reflected by the signatures of their respective counsel as set forth below:

21         The parties have been negotiating a possible resolution of the entire case and need

22  additional time to work out some additional details.  Accordingly, the parties request that the

23  Court continue the case management conference to August 30, 2013.

24  IT IS SO STIPULATED:

25                                       /s/ Cynthia Stier
                                         CYNTHIA STIER
26                                       Assistant United States Attorney
                                         Tax Division
27

28                                       /s/
                                         STEPHEN WALKER
                                         Counsel for Jurate Antioco

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

IT IS ORDERED that the case management conference scheduled for June 28, 2013 at 2:30 p.m. is continued to August 30, 2013 at 2:30 p.m. The parties are directed to file a case management statement on August 23, 2013.

6/21/13

_____
SUSAN ILLSTON
United States District Judge

Antioco v. US, Case No. C-13-0924-SI
Stip. to Continue Case Mgmt Conf.
and [Proposed] Order

2