IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURATE ANTIOCO,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>                                      / | No. C 13-00924 SI<br><br>**PRETRIAL PREPARATION ORDER** |

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 24, 2014 at 10:00 a.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 27, 2014.

DESIGNATION OF EXPERTS: 5/30/14; REBUTTAL: n/a.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 27, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by July 3, 2014;

    Opp. Due July 18, 2014;  Reply Due July 25, 2014;

   and set for hearing no later than August 8, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 9, 2014 at 3:30 PM.

COURT TRIAL DATE: September 22, 2014 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 2  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall arrange for a further settlement conference with Judge James before the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/26/14

                                                                                 SUSAN ILLSTON
                                                                                 United States District Judge