MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-078T)
Chief, Tax Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

    11th Floor Federal Building
    San Francisco, California 94102
    Telephone: (415) 436-7000
    FAX: (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JURATE ANTIOCO, | ) No. C-13-0924-SI |
| Plaintiff, | ) |
| v. | ) APPLICATION BY UNITED STATES TO REMOVE REPLY TO OPPOSITION TO MOTION FOR LEAVE TO AMEND ANSWER TO FILE COUNTERCLAIM (DOCKET #31) AND [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

The United States respectfully requests that this Court enter an Order requiring the Clerk of the Court to remove the Reply to Opposition to Motion for Leave to Amend Answer to File Counterclaim (Docket Entry #31) for the reason that it contains information that was not redacted prior to filing the Reply.

                                                Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                /s/ Cynthia Stier
                                                CYNTHIA STIER
                                                Assistant United States Attorney
                                                Tax Division

ORDER

Based upon the Application by United States To Remove Reply to Opposition to Motion for Leave to Amend Answer to File Counterclaim (Docket Entry #31), IT IS HEREBY ORDERED that the Clerk of Court remove the Reply to Opposition to Motion for Leave to Amend Answer to File Counterclaim (Docket Entry #31).

SO ORDERED

DATED:   4/8/14



_____
UNITED STATES DISTRICT JUDGE