IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURATE ANTIOCO,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 13-00924 SI<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of defendant. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 20, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE